UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; OFFICE VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and, BMG MUSIC, a New York general partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | CIVIL ACTION No. 03-CV-11661-NG<br><br>LEAD DOCKET NUMBER |

## MOTION OF PLAINTIFFS WARNER BROS. RECORDS, INC., SONY MUSIC ENTERTAINMENT, INC., CAPITOL RECORDS, INC., ARISTA RECORDS, INC., AND UMG RECORDINGS, INC. TO DISMISS DEFENDANT PATTI CALLAGY'S COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6), Warner Bros. Records, Inc., Sony Music

Entertainment, Inc., Capitol Records, Inc., Arista Records, Inc., and UMG Recordings, Inc.

(collectively "Plaintiffs") respectfully move this Court to dismiss the two counterclaims asserted

against them by Defendant Patti Callagy, as those claims fail to state a claim upon which relief

can be granted.[1]

As pleaded by the Defendant, these allegations do not constitute claims upon which relief

could be granted, because:

      (1) Defendant has not pleaded the factual predicate of any of her claims to the minimal extent required by notice pleading;

---

[1] The complaint against Ms. Callagy was originally filed as Warner Bros. Records, Inc., et al. v. Callagy, U.S. District Court for the District of Massachusetts, Civil Action No. 03-12103 NG. On November 5, 2003, the Court consolidated that matter and numerous other actions under Civil Action No. 03-11661 NG.

(2) Even if Defendant Callagy met the standards of notice pleading, her claims do not assert the existence of the essential legal elements for a claim of trespass to chattels or for invasion of privacy.

Accordingly, Ms. Callagy's Counterclaims should be dismissed with prejudice.

WARNER BROS. RECORDS, INC.,
SONY MUSIC ENTERTAINMENT, INC.,
CAPITOL RECORDS, INC.,
ARISTA RECORDS, INC., and
UMG RECORDINGS, INC.
By their attorneys,

Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

DATED: December 26, 2003

Of Counsel:

Russell J. Frackman
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of December 2003, I caused a true copy of the above document to be served upon counsel for Defendant and Counterclaim Plaintiff Patti Callagy:

> Douglas T. Evans, Esq.
> 58 Main Street
> Topsfield, MA 01983

by mail.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for the plaintiffs hereby certifies that on December 18, 2003, I called counsel for Patti Callagy, Douglas T. Evans, Esq., regarding this motion and attempted in good faith to resolve or narrow the issues raised by that motion, but was unsuccessful in that regard.

Colin J. Zick, BBO #556538
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600



# FOLEY
# HOAG LLP
ATTORNEYS AT LAW

DISTRICT COURT
DIST. OF MASS.

**2003 DEC 26  P 4: 31**

December 26, 2003

FILED
CLERK'S OFFICE

Colin J. Zick
617.832.1275
czick@foleyhoag.com

**BY HAND**

Civil Clerk
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA  02210

> Re:   *Capitol Records, Inc., et al. v. Alaujan, et al.*, U.S. District Court,
> District of Massachusetts, Civil Action No. 03-CV-11661-NG

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter please find:

(1) Motion of Plaintiffs Warner Bros. Records, Inc., Sony Music Entertainment, Inc., Capitol Records, Inc., Arista Records, Inc., and UMG Recordings, Inc. to Dismiss Defendant Patti Callagy's Counterclaims

(2) Memorandum of Law of Plaintiffs Warner Bros. Records, Inc., Sony Music Entertainment, Inc., Capitol Records, Inc., Arista Records, Inc., and UMG Recordings, Inc. in Support of Their Motion to Dismiss Defendant Patti Callagy's Counterclaims

Also enclosed are copies of the enclosed documents. Kindly stamp them to indicate receipt and return them with the messenger.

Thank you for your attention to this matter.

Very truly yours,

Colin J. Zick

cc:    Douglas T. Evans, Esq. (by mail, w/encl.)

17/512054.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP                    BOSTON                    WASHINGTON, DC                    www.foleyhoag.com