UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and, BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>Defendant. | CIVIL ACTION No. 03-CV-11661-NG<br><br>LEAD DOCKET NUMBER |

## MOTION OF PLAINTIFFS WARNER BROS. RECORDS, INC., SONY MUSIC ENTERTAINMENT, INC., CAPITOL RECORDS, INC., ARISTA RECORDS, INC., AND UMG RECORDINGS, INC. TO DISMISS DEFENDANT MAUREEN JONES'S COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6), Warner Bros. Records, Inc., Sony Music Entertainment, Inc., Capitol Records, Inc., Arista Records, Inc., and UMG Recordings, Inc. (collectively "Plaintiffs") respectfully move this Court to dismiss the two counterclaims asserted against them by Defendant Maureen Jones, as those claims fail to state a claim upon which relief can be granted.[1]

As pleaded by the Defendant, these allegations do not constitute claims upon which relief could be granted, because:

> (1) Defendant has not pleaded the factual predicate of any of her claims to the minimal extent required by notice pleading;

---

[1] The complaint against Ms. Jones was originally filed as Arista Records, Inc., et al. v. Jones, U.S. District Court for the District of Massachusetts, Civil Action No. 03-12103 NG. On November 5, 2003, the Court consolidated that matter and numerous other actions under Civil Action No. 03-12117 NG.

(2) Even if Defendant Jones met the standards of notice pleading, her claims do not assert the existence of the essential legal elements for a claim of trespass to chattels or for invasion of privacy.

Accordingly, Ms. Jones's Counterclaims should be dismissed with prejudice.

WARNER BROS. RECORDS, INC.,
SONY MUSIC ENTERTAINMENT, INC.,
CAPITOL RECORDS, INC.,
ARISTA RECORDS, INC., and
UMG RECORDINGS, INC.
By their attorneys,

_____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:   (617) 832-7000

DATED: January 13, 2004

Of Counsel:

Russell J. Frackman
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:   (310) 312-3100

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January 2004, I caused a true copy of the above document to be served upon counsel for Defendant and Counterclaim Plaintiff Maureen Jones:

>Michael Manzi, Esq.
>Manzi & Manzi
>59 Jackson Street
>Lawrence, MA  01840

by mail.

_____

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for the plaintiffs hereby certifies that on January 13, 2004, I called counsel for Defendant Maureen Jones regarding this motion and attempted in good faith to resolve or narrow the issues raised by that motion, but was unsuccessful in that regard.

_____
Colin J. Zick, BBO #556538
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600