FILED
IN CLERKS OFFICE

2007 DEC -3  P 1: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

SONY UMG MUSIC
ENTERTAINMENT,
ET AL,

       Plaintiffs,

   V.

JOEL TENENBAUM,

       Defendant.

CASE NUMBER: 07-CV-11446

### DEFENDANT JOEL TENENBAUM'S MOTION FOR SANCTIONS UNDER 28 U.S.C. SECTION 1927

NOW COMES Defendant JOEL TENENBAUM, appearing PRO SE, and respectfully moves for an entry of an order, pursuant to 28 U.S.C. Section 1927, sanctioning the Plaintiffs' attorney for so multiplying the proceedings unreasonably and vexatiously so as to harass defendant, cause unnecessary delay and/or a needless increase in the cost of litigation.

Defendant JOEL TENENBAUM also moves for such other and further relief as to which he is entitled.

In support of his motion, JOEL TENENBAUM submits his accompanying Affidavit.

WHEREFORE, Joel Tenenbaum respectfully prays for an entry of an order, pursuant to 28 U.S.C. Section 1927 sanctioning the Plaintiffs' attorney, requiring said attorney to satisfy personally the excess costs, expenses and any other fees reasonable incurred because of such conduct, and for such other and further relief as to which he is entitled.

Dated: November 30, 2007

Respectfully submitted,

By: _____
JOEL TENENBAUM
PRO SE
1666 Commonwealth Avenue
Brighton, Massachusetts 02135

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mailed to all Attorneys of record on this 30th day of November, 2007, addressed as follows:

JOHN R. BAUER
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108

_____
JOEL TENENBAUM