UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MASSACHUSTTS

BOSTON DIVISION

| | |
|---|---|
| SONY UMG MUSIC ENTERTAINMENT, ET AL<br>        Plaintiffs,<br><br>V.<br><br>JOEL TENENBAUM,<br><br>        Defendant. | CASE NUMBER:  07-CV-11446 |

### DEFENDANT JOEL TENENBAUM'S
### MOTION TO DISMISS PLAINTIFF'S COMPLAINT
### AND MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant JOEL TENENBAUM, appearing PRO SE, and respectfully moves for an entry of an order, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, dismissing the Plaintiffs' Complaint ("Complaint") on the grounds that the Plaintiff have failed to state a claim upon which relief can be granted.

In addition, Defendant JOEL TENENBAUM, appearing PRO SE, and respectfully moves for an entry of an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing the Plaintiffs' Complaint ("Complaint") on the grounds that no genuine issue of material fact exists.

Joel Tenenbaum also moves for such other and further relief as to which he is entitled.

In support of his motion, Joel Tenenbaum submits his accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' Complaint and in Support of Motion for Summary Judgment.

WHEREFORE, Joel Tenenbaum respectfully prays for entry of an order, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, dismissing the Plaintiffs' Complaint in its entirety, and/or

an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that no genuine issue of material fact exists, and for such other and further relief as to which he is entitled.

Dated: Boston, Massachusetts
~~October 25,~~ 2007
November 17,

Respectfully submitted,

By: _____  11-17-07
JOEL TENENBAUM
Pro Se
1666 Commonwealth Avenue
Brighton, Massachusetts  02135

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mailed to all attorneys of record on this ___17___ day of ~~October~~ November 2007, addressed as follows:

JOHN R. BAUER
Robinson & Cole, LLP
One Boston Place
Boston, MA  02108

_____
JOEL TENENBAUM