# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3                        * * *
 4
     CAPITOL RECORDS, INC., et al,  )
 5                                  )
                                    )
 6        Plaintiffs,               )
                                    )
 7     VS.                          ) Civil Act. No.
                                    ) 03-CV-11661-NG
 8   NOOR ALAUJAN,                  )
                                    )
 9        Defendant.                )
10   -----------------------------------
11   SONY BMG MUSIC ENTERTAINMENT,  )
     et al.,                        )
12                                  )
          Plaintiffs,               )
13                                  )
       VS.                          ) Civil Act. No.
14                                  ) 07-CV-11446-NG
                                    )
15   JOEL TENENBAUM,                )
                                    )
16        Defendant.                )
17                        * * *
18   THE DEPOSITION OF TOVA TENENBAUM, A WITNESS,
     taken in accordance with the Pennsylvania
19   Rules of Civil Procedure No. 4007.1, by and
     before Dana M. Cunningham, Professional Court
20   Reporter and Notary Public in and for the
     Commonwealth of Pennsylvania, at the offices
21   of Esquire Deposition Services, 707 Grant
     Street, Suite 1825, Pittsburgh, Pennsylvania
22   on Wednesday, October 15th, 2008 at 2:20 p.m.
                          * * *
23        Any reproduction of this transcript is
            prohibited without authorization
24              by the certifying reporter.
                          * * *
25
     Job No. 36451
```

```
 1    APPEARANCES:
 2
 3
      On behalf of the Plaintiffs:
 4              TIMOTHY REYNOLDS, Esquire
                Holme, Roberts & Owen, LLP
 5              1700 Lincoln Street
                Suite 4100
 6              Denver, Colorado  802036
 7
 8
 9    On behalf of the Defendant:
                NO COUNSEL PRESENT
10
11
            I N D E X
12
      Examination by Mr. Reynolds................4
13
14
15
          INDEX OF EXHIBITS
16    Exhibit No. 16 (40 pages of computer screen
      shot pages)..............................57
17
18
19
20
21
22
23
24
25
```

```
 1       CDs, music CDs?
 2  A.   Whether he --
 3  Q.   Whether he ever created music CDs from the
 4       Gateway computer at the Uptown Avenue address?
 5  A.   Not specifically. He definitely has burned
 6       CDs at times. I don't know whether he made
 7       those in the last few years or previous to
 8       that.
 9  Q.   How do you know he has burned CDs?
10  A.   Because like I drive his car now and he left
11       all of his CDs in my car. His car. My car.
12       They are like handwritten on like, you know,
13       this mix or that mix or something. So I
14       assume that like music companies don't send
15       out like sharpied CDs.
16  Q.   And those are -- what kind of a car is that
17       by the way?
18  A.   A Honda Prelude.
19  Q.   You, for the lack of a better word,
20       inherited that?
21  A.   I bought it from him for a dollar.
22       Temporarily. He lives in Boston. He doesn't
23       really need a car right now. He said I could
24       switch cars out and take his car for as long
25       as I wanted.
```

```
1    Q.   When did you first get that car?
2    A.   January of this year.
3    Q.   January 2008?
4    A.   Yes.
5    Q.   About how many burned CDs are in there?
6    A.   In the car?
7    Q.   Yeah.
8    A.   Maybe between like five and ten.  It's not
9         the same music that is here.  It's like --
10        there's one called like Then, that's what I
11        called music.  It's like mid '90s rap.  Like
12        there's -- I'm trying to think what else --
13        what other CDs there are.
14             You know what, he did burn a CD for me once.
15        He burned a Sublime CD for me now that I think
16        of it.  I remember having a burned CD of
17        Sublime that he made for me.  So I did have
18        that.
19   Q.   So let's keep things separate.  Your brother
20        burned a Sublime CD for you when you were
21        living at the Uptown Avenue address?
22   A.   Right.
23   Q.   Was this before or after he went to college?
24   A.   Hard to say.  It was before 2006 but I don't
25        know if it was before 2004.
```

```
 1    Q.    Was it a complete album or was it sort of a
 2          compilation of --
 3    A.    It was a full album.  Like he burned me like
 4          the whole -- their like future CD is called
 5          Sublime.  Sublime/Sublime.  So he burned me
 6          like the whole CD.
 7    Q.    It was that CD?
 8    A.    Right.  It was the entire Sublime CD.
 9    Q.    Is that a CD that he had in his collection?
10    A.    Yeah.  He had that.  He had all of the
11          Sublime CDs.  There was like eight of them.  I
12          don't know how many there are.  He had all of
13          them.  He may have burned me more than one
14          Sublime CD but it was like the actual like
15          Sublime CD.
16    Q.    Any other CDs that he burned for you?
17    A.    None that I can think of.  The only thing I
18          can think of specifically is that he burned me
19          a Sublime CD.
20    Q.    And you say there is about five or ten ten
21          burned CDs in the car right now?
22    A.    Yeah, roughly.
23    Q.    Those were in the car and they were your
24          brother's CDs or they still are?
25    A.    Right.  They are my brother's CDs.  He has
```

```
 1         had that car for a number of years but I don't
 2         know how recent the CDs are.
 3    Q.   Would you be willing to provide those CDs to
 4         the plaintiffs to determine whether they are
 5         any of the same music that's on this Exhibit
 6         No. 16 that's in front of you?
 7    A.   I can provide them.
 8    Q.   I will communicate with you after the
 9         deposition.  We can figure that out.  Do you
10         have any contact information for Tino Franko?
11    A.   I don't know that is.
12    Q.   Antonio Franko?
13    A.   No, I don't.  That's a friend of my
14         brother's from high school.  That's one of his
15         close friends.  Actually, his sister is a
16         recording artist.
17    Q.   What's her name?
18    A.   Blu Cantrell.
19    Q.   Can you spell that?
20    A.   I can't remember her real name.  Her
21         performance artist name is B-L-U,
22         C-A-N-T-R-E-L-L.  She was pretty famous for a
23         while.  She's like an R & B artist.
24    Q.   Do you remember what her real name is?
25    A.   I don't remember what her real name was.  My
```