# EXHIBIT D

Arthur Tenenbaum                                                                                          October 13, 2008

                                                                                                                  Page 1
1                                          VOLUME I
                                           PAGES 1-71
2                                          EXHIBITS 15
3
4              UNITED STATES DISTRICT COURT
                  DISTRICT OF RHODE ISLAND
5
6
   SONY BMG MUSIC ENTERTAINMENT,        )
7  a Delaware general partnership;      )
   WARNER BROS. RECORDS INC., a         )
8  Delaware corporation; ATLANTIC       )   NO. 03-CV-11661-NG
   RECORDING CORPORATION, a             )
9  Delaware corporation; ARISTA         )
   RECORDS LLC, a Delaware limited      )
10 liability company; and UMG           )
   RECORDINGS, INC., a Delaware         )
11 corporation,                         )
        Plaintiffs,                     )
12                                      )
   v.                                   )
13                                      )
   JOEL TENENBAUM,                      )
14      Defendant.                      )
15
16              DEPOSITION OF ARTHUR TENENBAUM, a
17 deponent in the above-entitled cause, taken before
18 Tracy A. Coffman, Notary Public in and for State of
19 Rhode Island, pursuant to the Rhode Island Rules of
20 Civil Procedure, at the Offices of Esquire
21 Deposition Services, 10 Weybossett Street,
22 Providence, Rhode Island, on Monday, October 13,
23 2008, commencing at 12:32 p.m.
24

Arthur Tenenbaum                                                                October 13, 2008

Page 2

1      APPEARANCES
2
       Timothy M. Reynolds, Esquire
3          HOLME ROBERTS & OWEN LLP
           1801 13th Street
4          Boulder, CO 80302
           303-444-5955
5          Counsel on behalf of Plaintiffs.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

```
 1    A.    To burn a copy?
 2    Q.    To create music CDs from other music, whether
 3          it was already on the computer or from
 4          another CD?
 5    A.    I am not totally sure.  I know we had a live
 6          in student, a high school student about the
 7          time of Joel's senior year, and I know that
 8          Joel complained because he didn't know how to
 9          do it, and he would show me a blank that
10          would be partially recorded and was useless,
11          so I know this guy tried.
12    Q.    So Joel was complaining because the live in
13          student didn't understand what he was doing?
14    A.    Yes, and I bought blanks, and the numbers
15          went down, and I bought more, so I know Joel
16          was using the blanks for some purpose.
17    Q.    Do you know how many blanks you bought?
18    A.    We usually get them in stack of, I think, 50.
19    Q.    And you bought a couple of stacks?
20    A.    Yes, 50 or hundred.
21    Q.    Did you ever see homemade CDs lying about,
22          CDs that someone else had created?
23    A.    I know I have created a few for Judie's music
24          students, for her art students, where she had
```