UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC. et al.,<br>            Plaintiffs,<br>v.<br>NOOR ALAUJAN,<br>            Defendant. | Civ. Act. No. 03-cv-11661-NG<br>(LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT et al.,<br>            Plaintiffs,<br>v.<br>JOEL TENENBAUM,<br>            Defendants. | Civ. Act. No 07-cv-11446-NG<br>(ORIGINAL DOCKET NUMBER) |

**PLAINTIFFS' SUBMISSION OF [PROPOSED] PROTECTIVE ORDER**

Plaintiffs, by and through their undersigned attorneys, hereby request that this Court enter the Protective Order attached hereto as Exhibit A, which is being submitted in accordance with this Court's Order of May 6, 2009. In support of this proposed Protective Order, undersigned counsel states as follows:

1. On May 6, 2009, this Court entered a Memorandum and Order granting in part and Denying in Part the Defendant's Motion for a Protective Order. See DE 826. The Memorandum and Order sets forth a detailed procedure by which Plaintiffs may inspect the hard drive of the Defendant's Gateway computer. Id. The Memorandum and Order directs the

Plaintiffs to submit to the Court for its approval a proposed Protective Order that is consistent with the terms established in the Memorandum and Order. Id. at 5.

2. The attached proposed Protective Order tracks the procedure established by the May 6, 2009, Memorandum and Order. Notably, however, the proposed Protective Order proposes to separate the function of the Mirroring Expert and the Examining Expert, insofar as those functions are typically performed by different experts who possess different areas of expertise. The Proposed Order also clarifies that the items to be inspected by the Examining Expert are limited to file-sharing software as well as any music-related files (including music sound files, music video files, music playlist files or music label files), any metadata associated with such files, and any evidence that the hard drive has been "wiped" or erased since the initiation of this litigation. Finally, the Proposed Order clarifies that, at the conclusion of the process established in the Order, Plaintiffs' counsel may receive an electronic copy of the items set forth on the Examining Expert's List in order to prepare for the trial of this matter.

3. On May 13, 2009, Plaintiffs's counsel provided a draft of the attached proposed Protective Order to counsel for the Defendant. Plaintiffs's counsel has requested that defense counsel provide Plaintiffs with any proposed edits to the draft before the close of business on May 18, 2009. To date, Defendants' counsel has declined to provide Plaintiffs with any proposed edits to the proposed Protective Order.

4. Consistent with the Memorandum and Order, upon approval of this Protective Order by the Court, the Parties are to meet and confer to determine the contents of the Confidentiality Agreement to be executed by the relevant experts, as well as an appropriate time, within ten business days, for the imaging of the Gateway computer to occur. See Memorandum and Order at 5-6.

WHEREFORE, Plaintiffs respectfully request that this Court enter the Proposed Protective Order attached hereto as Exhibit A.

Dated: May 18, 2009

Respectfully submitted,

SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; and UMG RECORDINGS, INC.

By their attorneys,

/s/ Daniel J. Cloherty
Daniel J. Cloherty (BBO #565772)
DWYER & COLLORA, LLP
600 Atlantic Avenue - 12th Floor
Boston, MA 02210-2211
Telephone:  (617) 371-1000
Facsimile:  (617) 371-1037
dcloherty@dwyercollora.com

Eve G. Burton (pro hac vice)
Timothy M. Reynolds (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
Email:  eve.burton@hro.com
        timothy.reynolds@hro.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 18, 2009.

/s/ Daniel J. Cloherty