UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
CAPITOL RECORDS, INC., *et al.*,       )
                                       )
            Plaintiffs,                )  Civ. Act. No.
                                       )  03-CV-11661-NG
v.                                     )  (LEAD DOCKET NUMBER)
                                       )
NOOR ALAUJAN,                          )
                                       )
            Defendant.                 )
_____ )

_____
                                       )
SONY BMG MUSIC ENTERTAINMENT, *et al.*,)
                                       )
            Plaintiffs,                )  Civ. Act. No.
                                       )  07-CV-11446-NG
v.                                     )  (ORIGINAL DOCKET NUMBER)
                                       )
JOEL TENENBAUM,                        )
                                       )
            Defendant.                 )
_____ )

### **DEFENDANT'S PRETRIAL MEMORANDUM**

The following is the Defendant's Pretrial Memorandum.

   1. **Names, addresses and telephone numbers of trial counsel.**

      **Plaintiffs:**

Timothy M. Reynolds              Matthew J. Oppenheim
Eve G. Burton                    THE OPPENHEIM GROUP
HOLME ROBERTS & OWEN LLP         7304 River Falls Drive
1700 Lincoln Street, Suite 4100  Potomac, MD 20854
Denver, CO  80203                (301) 299-4986
(303) 861-7000

Daniel J. Cloherty
Victoria L. Steinberg
DWYER & COLLORA, LLP

600 Atlantic Avenue - 12th Fl.
Boston, MA 02210-2211
(617) 371-1000


   **Defendant:**

Charles Nesson                     Matthew H. Feinberg
Harvard Law School                 Matthew Kamholtz
1575 Massachusetts Ave.            FEINBERG & KAMHOLTZ
Cambridge, MA 02138                125 Summer Street
(617) 495-4609                     Boston, MA 02110-1621
                                   (617) 526-0700

 2. **Whether the case is to be tried with or without a jury:**

   The case is to be tried with a jury.

 3. **Summary of the positions asserted by all parties with regard to liability and damages:**

   Joel Tenenbaum's use was fair. His actions were not profit-seeking. He caused no damage. It is unjust that he has been and that he should be further punished.


   5.    **Contested issues of fact:**

   a.    Whether Defendant infringed.

   b.    Whether Defendant infringed willfully.

   c.    Whether the imposition upon the Defendant of a monetary
         damage award is just.


   6.    **Jurisdictional questions:**

   Jurisdiction is not disputed.

   7.    **Issues of law:**

   *Defendant's Submission of Issues of Law:*

   a.   Whether Defendant infringed.

   b.   Whether Defendant infringed willfully.

   c.   Whether the imposition upon the Defendant of a monetary damage award is just.

**8.   Requested amendments to the pleadings:**

   None by the Defendant unless construction of the Complaint limiting it to the seven (now five) songs.

**9.   Additional matters to aid in the disposition of the action:**

   Because the time in which this trial is to take place is time-limited, the allocation of time between plaintiffs and defendant will not be fair unless the time is fairly allocated between us.

**10.  The probable length of trial:**

   Defendant anticipates 5 days for trial, inclusive of voir dire and based on the Court's trial schedule of 9:00 a.m. to 4:00 p.m..

**11.  Voir dire procedures:**

   *Defendant's contribution to a voir dire questionaire with be forthcoming.*

**12.  The names and address of witnesses who shall testify at the trial, and the purpose of the testimony of each witness.**

*Defendant's Witness List attached as Exhibit A hereto.*

13. **A list of proposed exhibits, indicating which exhibits may be admitted without objection and a brief statement of the ground for any objection to others.**

*Defendant's Exhibit List attached as Exhibit B hereto.*

14. **Jury Instructions.**

*Defendant's proposed Jury Instructions attached as Exhibit C hereto.*

*Defendant's proposed Verdict Form will await the Court's ruling on fair use.*

                                    Respectfully submitted,

Dated: July 20, 2009            /s/Charles R. Nesson_____
                                Charles R. Nesson
                                Counsel for Joel Tenenbaum

**CERTIFICATE OF SERVICE**

    I, the undersigned hereby certify that on July 20, 2009, I caused a copy of the foregoing DEFENDANT'S PRETRIAL MEMORANDUM to be served upon the Plaintiffs via the Electronic Case Filing (ECF) system.

/s/Charles R. Nesson  
Charles R. Nesson  
Attorney for Defendant