**DEFENDANT'S WITNESS LIST**

Defendant lists the following witnesses:

**FACT WITNESSES**

    Joel Tenenbaum
    1666 Commonwealth Avenue, Apt. 41
    Brighton, MA 02135

    Judith Tenenbaum
    20 Upton Avenue
    Providence, RI 02906

    Cary Sherman
    Recording Industry Association of America
    1025 F Street NW
    Washington, DC 20004

    Mitch Glazer
    Recording Industry Association of America
    1025 F Street NW
    Washington, DC 20004

    Wayne Marshall*
    46 Plymouth Street
    Cambridge, MA 02141


**EXPERT WITNESSES**

    John G. Palfrey
    8 Jay Street
    Cambridge, MA 02139

John G. Palfrey is the Vice Dean for Library and Information Resources and Henry N. Ess III Professor of Law at Harvard Law School. He holds an A.B from Harvard College, a M.Phil. from the University of Cambridge, and a J.D. from Harvard Law School. As his expert reports and supplements thereto set out, Prof. Palfrey is an expert in how 'digital natives' and children understand copyright generally, and fair use particularly.

    Janis Adriaan Pouwelse
    Delft University of Technology
    Mekelweg 4
    2628 Delft

    The Netherlands

J.A. Pouwelse is an assistant professor at Delft University of Technology. He holds a B.Sc. in computer science from the Haagse Hogeschool, and a M.Sc. and Ph.D. from the Delft University of Technology. As his expert reports and supplements thereto set out, Dr. Pouwelse is an expert in peer-to-peer technology and that technology's effect on digital and social environments and markets.

    Felix Oberholzer-Gee *
    Harvard Business School
    Morgan Hall 213
    Soldiers Field
    Allston, MA 02163

Felix Oberholzer-Gee is the Andreas Andresen Professor of Business Administration at Harvard Business School. He holds a master's degree and Ph.D. in economics from the University of Zurich. Prof. Oberholzer-Gee is an expert in the effects of file sharing on the market for music, and his study concerning the market effects of file-sharing was heavily referenced by Plaintiffs in the depositions of J.A. Pouwelse and Joel Tenenbaum.

* Defendant cannot currently confirm Prof. Oberholzer-Gee as an expert but intends to call him if logistics and the Court allow. I know this is late beyond set limits but he is the best on the subject.

**DEMONSTRATORS**

    Wayne Marshall*
    46 Plymouth Street
    Cambridge, MA 02141

Mr. Marshall may run Internet music demonstrations required by Defendant and/or his counsel.

    Isaac Meister
    1525 Massachusetts Avenue
    Cambridge, MA 02138

Mr. Meister may run any technical and/or Internet demonstrations required by Defendant and/or his counsel.