**DEFENDANT'S EXHIBIT LIST**

Defendant incorporates here by reference all exhibits listed by the Plaintiffs in their Exhibit List of July 17, 2009.

Additionally, Defendant offers the following exhibits:

| No. | Description |
|---|---|
| 1 | Photographs of the interior of 20 Upton Avenue, Providence, RI provided by Judith Tenenbaum |
| 2 | Plaintiffs' response to the interrogatories compelled by the Court for July 10, 2009 |
| 3 | Any graphical exhibit derivative of Plaintiffs' response noted in No. 2 above |