# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAPITAL RECORDS, INC. Et al**<br>                    **Plaintiff**<br><br>V.<br><br>        **ALAUJAN, et al**<br>                    **Defendant** | CIVIL ACTION<br><br>NO.   1:03-cv-11661-NG |

## NOTICE OF DEFAULT

Upon application of the Plaintiffs, for an order of Default for failure of the Defendant,    Alfonso Burgess    , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  21st  day of    July 2009   .

                                SARAH A. THORNTON
                                CLERK OF COURT


                        By:    /s/ JENNIFER GAUDET
                                Deputy Clerk


(Default Notice.wpd - 3/7/2005)