UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAPITOL RECORDS, INC., et al.,<br>          Plaintiffs,<br><br>     v.<br><br>NOOR ALAUJAN,<br>          Defendant. | Civ. Act. No. 03-cv-11661-NG<br>(LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT,<br>et al.,          Plaintiffs,<br><br>v.<br><br>JOEL TENENBAUM,<br>          Defendant. | Civ. Act. No. 07-cv-11446-NG<br>(ORIGINAL DOCKET NUMBER) |

**PLAINTIFFS' NOTICE OF FILING JOINT JURY QUESTIONNAIRE**

Plaintiffs respectfully submit the attached Joint Proposed Jury Questionnaire, on behalf of all parties.

Respectfully submitted this 22nd day of July 2009

> SONY BMG MUSIC ENTERTAINMENT;
> WARNER BROS. RECORDS INC.;
> ATLANTIC RECORDING CORPORATION;
> ARISTA RECORDS LLC; and UMG
> RECORDINGS, INC.
>
> By their attorneys,
>
> By:  s/ Eve G. Burton

#1419849 v1 den

        Timothy M. Reynolds (pro hac vice)
        Eve G. Burton (pro hac vice)
        Laurie J. Rust (pro hac vice)
        HOLME ROBERTS & OWEN LLP
        1700 Lincoln, Suite 4100
        Denver, Colorado 80203
        Telephone: (303) 861-7000
        Facsimile: (303) 866-0200
        Email:    timothy.reynolds@hro.com

        Matthew J. Oppenheim (pro hac vice)
        The Oppenheim Group
        7304 River Falls Drive
        Potomac, MD 20854
        Telephone (301) 299-4986
        Facsimile: (866) 766-1678
        Email: matt@oppenheimgroup.net

        Daniel J. Cloherty
        DWYER & COLLORA, LLP
        600 Atlantic Avenue - 12th Floor
        Boston, MA 02210-2211
        Telephone: (617) 371-1000
        Facsimile: (617) 371-1037
        dcloherty@dwyercollora.com

        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 22, 2009.

        s/ Eve G. Burton

#1419849 v1 den