**JUROR QUESTIONNAIRE**

1. NAME: _____

2. ADDRESS: _____

3. MARITAL STATUS: _____ SINGLE _____ MARRIED _____ DIVORCED _____

4. EDUCATION:  GRADE SCHOOL _____   HIGH SCHOOL _____
   COLLEGE _____   POST GRADUATE/PROFESSIONAL _____

5. PRESENT EMPLOYER: _____

6. OCCUPATION: _____

7. DO YOU BELONG TO ANY CLUBS OR ORGANIZATIONS? _____ YES _____ NO
   IF YES, PLEASE LIST: _____
   _____

8. LIST ANY NEWSPAPERS, MAGAZINES OR PERIODICALS YOU READ REGULARLY:
   _____
   _____

9. WHO LIVES WITH YOU AT YOUR RESIDENCE?  (NO NAMES NECESSARY, LIST BY NUMBER AND RELATIONSHIP, E.G., WIFE AND 3 CHILDREN): _____
   _____

10. IF YOU HAVE AN ADULT CHILD OR CHILDREN, WHAT IS HIS/HER/THEIR OCCUPATION(S)? _____
    _____

11. IF MARRIED, SPOUSE'S OCCUPATION: _____

12. IF DIVORCED OR SPOUSE DECEASED, WHAT WAS THEIR OCCUPATION? _____
    _____

13. HAVE YOU EVER SERVED ON A JURY IN STATE OR FEDERAL COURT:
    _____ YES _____ NO

14. DO YOU KNOW ANYTHING ABOUT THIS CASE OR HAVE YOU HEARD ANYTHING ABOUT THIS CASE FROM NEWSPAPER, RADIO, TELEVISION OR OTHER MEDIA, FRIENDS OR RELATIVES? _____ YES _____ NO

15. HAVE YOU OR ANY MEMBER OF YOUR FAMILY OR CLOSE FRIEND EVER BEEN THE PLAINTIFF OR DEFENDANT IN ANY TYPE OF LAWSUIT _____ YES _____ NO

16. DO YOU USE A COMPUTER FREQUENTLY? _____ YES _____ NO

17. DO YOU USE THE INTERNET ON A REGULAR BASIS? _____YES _____ NO

18. DO YOU OWN OR USE AN IPOD OR AN .MP3 PLAYER? _____YES _____NO

19. ARE YOU OR IS ANYONE IN YOUR FAMILY OR A CLOSE FRIEND A MUSICIAN? _____YES _____NO

20. HAVE YOU EVER RIPPED A CD TO A COMPUTER? _____YES _____NO

21. HAVE YOU EVER BURNED A CDR? _____YES _____NO

22. HAVE YOU OR HAS ANYONE IN YOUR FAMILY OR A CLOSE FRIEND EVER DOWNLOADED MUSIC, BOOKS OR MOVIES FROM THE INTERNET? _____YES _____NO

    IF YES, HAVE YOU OR HAS ANYONE IN YOUR FAMILY OR A CLOSE FRIEND EVER USED ANY OF THE FOLLOWING PROGRAMS:

    NAPSTER:        Y _____    N _____
    NAPSTER 2.0:    Y _____    N _____
    GROKSTER:       Y _____    N _____
    LIMEWIRE:       Y _____    N _____
    KAZAA:          Y _____    N _____
    IMESH           Y _____    N _____
    BITTORRENT:     Y _____    N _____
    MORPHEUS:       Y _____    N _____
    ITUNES:         Y _____    N _____
    RHAPSODY:       Y _____    N _____

23. DO YOU OR DOES ANYONE IN YOUR FAMILY OR A CLOSE FRIEND HAVE ANY CONNECTION TO HARVARD UNIVERSITY, HARVARD LAW SCHOOL OR THE BERKMAN CENTER FOR INTERNET AND SOCIETY? _____YES _____NO

24. HAVE YOU EVER HEARD OF LAWSUITS BROUGHT BY RECORDING COMPANIES AGAINST PEOPLE WHO DOWNLOAD AND SHARE MUSIC FILES OVER THE INTERNET? _____YES _____NO

    **I HEREBY REPRESENT THAT THE ABOVE INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND INFORMATION, AND SUBJECT TO THE PENALTIES FOR GIVING A FALSE STATEMENT IF THE INFORMATION PROVIDED IS KNOWINGLY FALSE.**

                                    _____
                                    JUROR SIGNATURE

                                    _____
                                    JUROR NUMBER