✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SONY BMG MUSIC ENTERTAINMENT., *et al.*,

V.

JOEL TENENBAUM

**LIST OF DISPUTED EXHIBITS**

Case Number: 1:07-CV-11446-NG

| PRESIDING JUDGE: Hon. Nancy Gertner | PLAINTIFFS' ATTORNEY: Timothy M. Reynolds, Esq. | DEFENDANT'S ATTORNEY: Charles Nesson, Esq. |
|---|---|---|
| TRIAL DATE(S): July 27, 2009 | Court REPORTER: | COURTROOM DEPUTY: |

| NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| A | | | | Second Amended Exhibit A to Complaint (list of Plaintiffs' copyrighted sound recordings) |
| B | | | | Second Amended Schedule 1 (list of additional copyrighted sound recordings of Plaintiffs) |
| C | | | | Curriculum Vitae of Dr. Doug Jacobson |
| D | | | | Supplemental Declaration and Expert Report of Dr. Doug Jacobson, dated July 13, 2009 |
| E | | | | Rebuttal expert report of Dr. Doug Jacobson |
| F | | | | Curriculum Vitae of Stanley J. Liebowitz |
| G | | | | Rebuttal Expert Report of Stanley J. Liebowitz |
| H | | | | Email chain among Defendant's counsel and consultants dated March 30, 2009 regarding fair use. |
| I | | | | Facebook Page: Joel Tenenbaum Fights Back Against the RIAA, dated April 8, 2009 |
| J | | | | Screenshot of Image from Megauploads posting |
| K | | | | Photographs of the interior of 20 Upton Avenue, Providence, RI |
| L | | | | Graphical Exhibit of Plaintiffs' Responses to Interrogatories |

Page 1 of    1    Pages

#1367230 v4 den