✐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  DISTRICT OF  |  MASSACHUSETTS  |
|---|---|

SONY BMG MUSIC ENTERTAINMENT., *et al.*,

V.

JOEL TENENBAUM

**LIST OF STIPULATED EXHIBITS**

Case Number:  1:07-CV-11446-NG

| PRESIDING JUDGE:<br>Hon. Nancy Gertner | PLAINTIFFS' ATTORNEY:<br>Timothy M. Reynolds, Esq. | DEFENDANT'S ATTORNEY:<br>Charles Nesson, Esq. |
|---|---|---|
| TRIAL DATE(S):<br>July 27, 2009 | Court REPORTER: | COURTROOM DEPUTY: |

| NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1. | | | | Certified copies of Certificates of Registration for the sound recordings owned by Sony BMG Music Entertainment and Arista Records LLC |
| 2. | | | | Chain of Title for the sound recordings owned by Sony BMG Music Entertainment and Arista Records LLC |
| 3. | | | | Legitimate copies of CD's containing the sound recordings owned by Sony BMG Music Entertainment and Arista Records LLC |
| 4. | | | | Screen shots of iTunes distribution of legitimate copies of the sound recordings owned by Sony BMG Music Entertainment and Arista Records LLC |
| 5. | | | | Certified copies of Certificates of Registration for the sound recordings owned by UMG Recordings |
| 6. | | | | Chain of Title for the sound recordings owned by UMG Recordings |
| 7. | | | | Legitimate copies of CD's containing the sound recordings owned by UMG Recordings |
| 8. | | | | Screen shots of iTunes distribution of legitimate copies of the sound recordings owned by UMG Recordings |
| 9. | | | | Certified copies of Certificates of Registration for the sound recordings owned by Warner Bros. |
| 10. | | | | Chain of Title for the sound recordings owned by Warner Bros |
| 11. | | | | Legitimate copies of CD's containing the sound recordings owned by Warner Bros. |
| 12. | | | | Screen shots of iTunes distribution of legitimate copies of the sound recordings owned by Warner Bros. |
| 13. | | | | SafeNet Screenshots of Defendant's KaZaA shared folder on August 10, 2004 (Ex. B to Complaint) (Dep. Ex. 1) |
| 14. | | | | SafeNet Systemlog from August 10, 2004 |

#1367230 v3 den

| 15. | | | | SafeNet Download Logs from August 10, 2004 |
|---|---|---|---|---|
| 16. | | | | SafeNet UserLog from August 10, 2004 (Dep. Ex. 6) |
| 17. | | | | Copies of the MP3 sound recordings downloaded from Defendant's computer on August 10, 2004 |
| 18. | | | | SafeNet Trace of August 10, 2004 |
| 19. | | | | November 3, 2004 Subpoena to Cox Communications, Inc., with copy of Court's Order Granting Immediate Discovery (Dep. Ex. 9) |
| 20. | | | | Letter to Cox High Speed Internet Customer (Dep. Ex. 22) |
| 21. | | | | Response of Cox Communications, Inc. to November 3, 2004 Subpoena (Dep. Ex. 10) |
| 22. | | | | Letter to J. Tenenbaum dated September 16, 2005 (Dep. Ex. 11) |
| 23. | | | | Joel Tenenbaum Letter to Attorneys at Law dated November 21, 2005 (Dep. Ex. 4) |
| 24. | | | | Cox Communications Acceptable Use Policy and Subscriber Agreement (Dep. Ex. 25) |
| 25. | | | | Cox Communications "What's the Real Story on Peer-to-Peer Networks?" (Dep. Ex. 26) |
| 26. | | | | Goucher College "Student Handbook For Information Technology" Fall 2003 Semester |
| 27. | | | | Goucher College "Student Handbook For Information Technology" Fall 2004 Semester |
| 28. | | | | Goucher College's Computer Use Policy for every semester between Fall 2002 and Spring 2006 |
| 29. | | | | Email from Bill Leimbach to Official Students dated December 21, 2004 re Goucher College Student Online Music Program |
| 30. | | | | Goucher College: "Peer-to-Peer File Sharing and Copyright Law" |
| 31. | | | | Goucher College Copyright Policy November 2003 |
| 32. | | | | Goucher College Copyright Policy October 2004 |
| 33. | | | | Defendant's Responses to Plaintiffs' Written Discovery (Dep. Ex. 7), with email amendment |
| 34. | | | | Plaintiffs' Written Discovery to Defendant |
| 35. | | | | List of music-related file names associated with "C:\My Music" folder on Joel Tenenbaum's Gateway computer (Exhibit A to Dr. Jacobson's Report) |
| 36. | | | | MediaSentry Userlog (compressed) (Exhibit B to Dr. Jacobson's Report) |
| 37. | | | | Registry failure log file for Joel Tenenbaum's Gateway computer (Exhibit C to Dr. Jacobson's Report) |
| 38. | | | | List of .mp3 files found on Joel Tenenbaum's Gateway computer (Exhibit D to Dr. Jacobson's Report) |

#1367230 v3 den

| | | | | |
|---|---|---|---|---|
| 39. | | | | List of matched song files found on Joel Tenenbaum's Gateway computer and "sublimeguy14@kazaa" shared folder (Exhibit E to Dr. Jacobson's Report) |
| 40. | | | | Metadata from MediaSentry for the list of matched song files (Exhibit F to Dr. Jacobson's Report) |
| 41. | | | | Metadata from Joel Tenenbaum's Gateway computer for the list of matched song files (Exhibit G to Dr. Jacobson's Report) |
| 42. | | | | List of all files found in Joel Tenenbaum's Gateway computer's "Documents and Settings\Joel\My Documents\My Music" folder (Exhibit H to Dr. Jacobson's Report) |
| 43. | | | | List of files being shared by LimeWire as found on Joel Tenenbaum's Gateway computer (Exhibit I to Dr. Jacobson's Report) |
| 44. | | | | Comparison of "C:\My Music" and the "Documents and Settings\Joel\My Documents\My Music" folders on Joel Tenenbaum's Gateway computer (Exhibit J to Dr. Jacobson's Report) |
| 45. | | | | List of matched song files found in the "Documents and Settings\Joel\My Documents\My Music" folder of Joel Tenenbaum's Gateway computer and "C:\My Music" folder (Exhibit K to Dr. Jacobson's Report) |
| 46. | | | | Installation screenshots of LimeWire 4.13 (Exhibit L to Dr. Jacobson's Supplemental Expert Report) |
| 47. | | | | CDRs produced by Tova Tenenbaum that she received from Joel Tenenbaum |
| 48. | | | | CDRs produced by Joel Tenenbaum |
| 49. | | | | Summary Chart of contents of CDRs produced by Tova Tenenbaum and Joel Tenenbaum |
| 50. | | | | Summary Chart of overlap between contents of Defendant's shared folder (Plaintiffs' Exhibit 15) and CDRs produced by Joel Tenenbaum and Tova Tenenbaum |
| 51. | | | | Forensic image of Joel Tenenbaum's Gateway Computer |
| 52. | | | | June 4, 2008 Subpoena to and Response from Cox Communications (Dep. Ex. 23) |
| 53. | | | | Plaintiffs' Complaint |
| 54. | | | | Plaintiffs' Responses to Interrogatories regarding Revenue |

Page 3 of ___3___ Pages