UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOOR ALAUJAN, <br><br> Defendant. | Civ. Act. No. 03-CV-11661-NG <br> (LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> JOEL TENENBAUM <br><br> Defendant. | Civ. Act. No. 1:07-cv-11446-NG <br> (ORIGINAL DOCKET NUMBER) |

**LIST OF POTENTIAL WITNESSES TO BE READ TO JURY**

| WITNESS | LOCATION |
|---|---|
| Silda Palerm | Los Angeles, CA |
| JoAn Cho | Los Angeles, CA |
| Mark Matteo | Lincoln, RI |
| Doug Jacobson | Ames, IA |
| Stanley J. Liebowitz | Richardson, TX |

#1419991 v1 den

| | |
|---|---|
| Wade Leak | New York, NY |
| Chris Connelly | New York, NY |
| Ron Wilcox | Washington, DC |
| Judie Tenenbaum | Providence, RI |
| Arthur Tenenbaum | Providence, RI |
| Joel Tenenbaum | Providence, RI |
| Tova Tenenbaum | Pittsburgh, PA |
| Abbey Nathan | Philadelphia, PA |
| Jonathan Velasquez | Altamonte Springs, FL |
| Richard Barth | Providence, RI |
| James D. Chappel | West Warwick, RI |
| Antonio Franco | Providence, RI |
| Samuel Volchenboum | Chicago, IL |
| Wayne Marshall | Cambridge, MA |
| John Palfrey | Cambridge, MA |
| J.A. Pouwelse | Middelburg, Netherlands |

| ATTORNEY | LOCATION |
| --- | --- |
| Charles Nesson | Cambridge, MA |
| Matthew H. Feinberg | Boston, MA |
| Matthew Kamholtz | Boston, MA |
| Debra B. Rosenbaum | Cambridge, MA |
| Fern Nesson | Cambridge, MA |
| K.A.D. ("Kiwi") Camara | Houston, TX |
| Jennifer L. Dawson | Cambridge, MA |
| James E. Richardson | Cambridge, MA |
| Matthew C. Sanchez | Cambridge, MA |
| Anna V. Volftsun | Cambridge, MA |
| Isaac Meister (assistant to Mr. Nesson) | Cambridge, MA |
| Ray Bilderbeck | Cambridge, MA |
| Timothy Reynolds | Boulder, CO |
| Matthew Oppenheim | Potomac, MD |
| Jennifer Pariser | New York, NY |
| Daniel Cloherty | Boston, MA |
| Eve Goldstein Burton | Denver, CO |
| Victoria Steinberg | Boston, MA |

#1419991 v1 den

| ATTORNEY | LOCATION |
| --- | --- |
| Charles Nesson | Cambridge, MA |
| Matthew H. Feinberg | Boston, MA |
| Matthew Kamholtz | Boston, MA |
| Debra B. Rosenbaum | Cambridge, MA |
| Fern Nesson | Cambridge, MA |
| K.A.D. ("Kiwi") Camara | Houston, TX |
| Jennifer L. Dawson | Cambridge, MA |
| James E. Richardson | Cambridge, MA |
| Matthew C. Sanchez | Cambridge, MA |
| Anna V. Volftsun | Cambridge, MA |
| Isaac Meister (assistant to Mr. Nesson) | Cambridge, MA |
| Ray Bilderbeck | Cambridge, MA |
| Timothy Reynolds | Boulder, CO |
| Matthew Oppenheim | Potomac, MD |
| Jennifer Pariser | New York, NY |
| Daniel Cloherty | Boston, MA |
| Eve Goldstein Burton | Denver, CO |
| Victoria Steinberg | Boston, MA |

#1419991 v1 den

Respectfully submitted this 24th day of July 2009

        SONY BMG MUSIC ENTERTAINMENT;
        WARNER BROS. RECORDS INC.;
        ATLANTIC RECORDING CORPORATION;
        ARISTA RECORDS LLC; and UMG
        RECORDINGS, INC.

        By their attorneys,

By:  s/ Eve G. Burton
      Timothy M. Reynolds (pro hac vice)
      Eve G. Burton (pro hac vice)
      Laurie J. Rust (pro hac vice)
      HOLME ROBERTS & OWEN LLP
      1700 Lincoln, Suite 4100
      Denver, Colorado 80203
      Telephone: (303) 861-7000
      Facsimile: (303) 866-0200
      Email:  timothy.reynolds@hro.com
             eve.burton@hro.com
             laurie.rust@hro.com

      Matthew J. Oppenheim (pro hac vice)
      The Oppenheim Group
      7304 River Falls Drive
      Potomac, MD 20854
      Telephone (301) 299-4986
      Facsimile:  (866) 766-1678
      Email:  matt@oppenheimgroup.net

      Daniel J. Cloherty
      DWYER & COLLORA, LLP
      600 Atlantic Avenue - 12th Floor
      Boston, MA 02210-2211
      Telephone:  (617) 371-1000
      Facsimile:  (617) 371-1037
      dcloherty@dwyercollora.com

      ATTORNEYS FOR PLAINTIFFS

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2009.

                                             s/ Eve G. Burton