# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAPITAL RECORDS, INC. et al**<br>    **Plaintiff**<br><br>**V.**<br><br>**ALAUJAN, et al**<br>    **Defendant** | CIVIL ACTION<br><br>NO.  **1:03-cv-11661-NG** |

## NOTICE OF DEFAULT

Upon application of the Plaintiffs for an order of Default for failure of the Defendant,  **Alexandra Griffin** , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  **28th**  day of  **July 2009** .

SARAH A. THORNTON
CLERK OF COURT

By:    **/s/ JENNIFER GAUDET**
       **Deputy Clerk**

(Default Notice.wpd - 3/7/2005)