UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SONY BMG MUSIC ENTERTAINMENT, et al.,
    Plaintiffs,

v.

JOEL TENENBAUM,
    Defendant.

)
)
)
)
)
)
)

Case No. 03CV11661-NG
**LEAD DOCKET NO.**

Case No. 07CV11446-NG
**ORIGINAL DOCKET NO.**

GERTNER, D.J.:

**JURY VERDICT FORM**
July 31, 2009

I. **DAMAGES**

There is no issue as to liability in this case. You must determine the just amount of damages to award for each act of infringement, as set out below.

| | SOUND RECORDING | PLAINTIFF | With respect to this sound recording, was the defendant's infringement committed **willfully**? | Damages Award |
|---|---|---|---|---|
| 1 | Incubus "New Skin" | Sony BMG Music Entertainment | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | **YES** | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? $22,500.00 |
| 2 | Green Day "Minority" | Warner Bros. Records, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | **YES** | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? $22,500.00 |
| 3 | Outkast "Wheelz of Steel" | Arista Records LLC | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | **YES** | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? $22,500.00 |
| 4 | Incubus "Pardon Me" | Sony BMG Music Entertainment | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | **YES** | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? $22,500.00 |

2

| | SOUND RECORDING | PLAINTIFF | With respect to this sound recording, was his infringement committed **willfully**? | Statutory Damages Award |
|---|---|---|---|---|
| 5 | Nirvana "Come as You Are" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| 6 | Green Day "When I Come Around" | Warner Bros. Records, Inc. | (YES) | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 7 | Green Day "Nice Guys Finish Last" | Warner Bros. Records, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | (YES) | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 8 | Nirvana "Heart Shaped Box" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | (YES) | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 9 | Nine Inch Nails "The Perfect Drug" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | (YES) | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |

3

| SOUND RECORDING | PLAINTIFF | With respect to this sound recording, was his infringement committed **willfully**? | Statutory Damages Award |
|---|---|---|---|
| 10<br>Blink-182<br>"Adam's Song" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | YES | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 11<br>Limp Bizkit<br>"Rearranged" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | YES | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 12<br>Limp Bizkit<br>"Leech" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | YES | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 13<br>Linkin Park<br>"Crawling" | Warner Bros. Records, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | YES | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 14<br>Deftones<br>"Be Quiet And Drive" | Warner Bros. Records, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | YES | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |

4

| | SOUND RECORDING | PLAINTIFF | With respect to this sound recording, was his infringement committed **willfully**? | Statutory Damages Award |
|---|---|---|---|---|
| 15 | The Fugees "Killing Me Softly" | Sony BMG Music Entertainment | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| 16 | Red Hot Chili Peppers "Californication" | Warner Bros. Records, Inc. | YES | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 17 | Red Hot Chili Peppers "By The Way" | Warner Bros. Records, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | YES | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 18 | Red Hot Chili Peppers "My Friends" | Warner Bros. Records, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | YES | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |
| 19 | Beck "Loser" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | YES | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? 22,500.00 |

5

| SOUND RECORDING | PLAINTIFF | With respect to this sound recording, was his infringement committed willfully? | Statutory Damages Award |
|---|---|---|---|
| 20 Eminem "My Name Is" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? (YES) $22,500.00 |
| 21 Eminem "Drug Ballad" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? (YES) $22,500.00 |
| 22 Eminem "Cleaning Out My Closet" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? (YES) $22,500.00 |
| 23 Beastie Boys "(You Gotta) Fight For Your Right (To Party)" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? (YES) $22,500.00 |
| 24 The Ramones "The KKK Took My Baby Away" | Warner Bros. Records, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| | | | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? (YES) $22,500.00 |

6

| SOUND RECORDING | PLAINTIFF | With respect to this sound recording, was his infringement committed willfully? | Statutory Damages Award |
|---|---|---|---|
| 25. Monster Magnet "Look To Your Orb For The Warning" | UMG Recordings, Inc. | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| 26. Aerosmith "Pink" | Sony BMG Music Entertainment | (YES) | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? $22,500.00 |
| | | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| 27. OutKast "Rosa Parks" | Arista Records LLC | (YES) | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? $22,500.00 |
| | | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| 28. Rage Against the Machine "Guerrilla Radio" | Sony BMG Music Entertainment | (YES) | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? $22,500.00 |
| | | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |
| 29. Goo Goo Dolls "Iris" | Warner Bros. Records, Inc. | (YES) | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? $22,500.00 |
| | | NO | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? |

| SOUND RECORDING | PLAINTIFF | | Statutory Damages Award | |
|---|---|---|---|---|
| | | With respect to this sound recording, was his infringement committed **willfully**? | If you answered "NO", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $30,000? | |
| 30 Aerosmith "Water Song/Janie's Got A Gun" | UMG Recordings, Inc. | NO | | |
| | | (YES) | If you answered "YES", what damages do you award the Plaintiff for **this** copyrighted work, from $750 to $150,000? | 62,500.00 |

_Kimberly Chandler_

**JURY FOREPERSON** (please sign and date)
BOSTON, MASSACHUSETTS

DATE July 31, 2009

8