UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| VIRGIN RECORDS, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>JULIE DOBSON<br><br>        Defendant. | Civ. Act. No.  1:07-cv-12176-NG<br>(ORIGINAL DOCKET NUMBER) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs VIRGIN RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

VIRGIN RECORDS AMERICA, INC.; UMG
RECORDINGS, INC.; and ARISTA
RECORDS LLC

By their attorneys,

Dated: August 10, 2009         By:    /s/ Daniel J. Cloherty
                                       Daniel J. Cloherty, BBO #565772
                                       Victoria L. Steinberg, BBO #666482
                                       DWYER & COLLORA, LLP
                                       600 Atlantic Ave.
                                       Boston, MA  02210
                                       Main Phone:  (617) 371-1000
                                       Main Fax:  (617) 371-1037

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 10th day of August, 2009:

Sumner B. Gillette, Esq.
1359 Hancock Street
Quincy, MA 02169

/s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA  02210
Main Phone:  (617) 371-1000
Main Fax:  (617) 371-1037