UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>NOOR ALAUJAN, <br><br>　　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. Act. No. 03-CV-11661-NG <br> ) (LEAD DOCKET NUMBER) <br> ) <br> ) <br> ) <br> ) |
| CAPITOL RECORDS, *et al.* <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>ALANNA GANDELMAN <br><br>　　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. Act. No. 1:07-cv-11632 <br> ) (ORIGINAL DOCKET NUMBER) <br> ) <br> ) <br> ) |

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs CAPITOL RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/his/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

                              CAPITOL RECORDS, LLC; MOTOWN RECORD COMPANY, L.P.; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.

By their attorneys,

Dated: August 10, 2009     By:   /s/ Daniel J. Cloherty
                                           Daniel J. Cloherty, BBO #565772
                                           Victoria L. Steinberg, BBO #666482
                                           DWYER & COLLORA, LLP
                                           600 Atlantic Ave.
                                           Boston, MA  02210
                                           Main Phone:  (617) 371-1000
                                           Main Fax:  (617) 371-1037

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 10th day of August, 2009:

    Alanna Gandelman
    277 Babcock St.
    Boston, MA 02215

            /s/ Daniel J. Cloherty
            Daniel J. Cloherty, BBO #565772
            DWYER & COLLORA, LLP
            600 Atlantic Ave.
            Boston, MA 02210
            Main Phone: (617) 371-1000
            Main Fax: (617) 371-1037