UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>       Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| LAFACE RECORDS LLC, *et al.*<br><br>       Plaintiffs,<br><br>v.<br><br>ALEXANDRA GRIFFIN<br><br>       Defendant. | Civ. Act. No. 1:08-cv-11120-NG<br>(ORIGINAL DOCKET NUMBER) |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs apply for entry of default judgment against Alexandra Griffin ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure, and the Local Rules of this Court. The application is based on this Motion, the attached declaration of counsel, the pleadings and files in this action, and such additional argument and evidence that may be presented at or before any hearing that the Court may order on this Motion.  In support of this Motion, Plaintiffs state as follows:

1

1. On July 28, 2009, the Clerk of this Court entered the default of Defendant. See Ex. 2 to Daniel J. Cloherty Decl.

2. Defendant has not appeared in this action.  Daniel J. Cloherty Decl. ¶ 4.

3. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person, or in active military service.  Daniel J. Cloherty Decl. ¶ 5-6.  See 50 U.S.C. App. § 521.

The judgment sought is (a) the minimum statutory damages provided by Section 504 of the Copyright Act ($750) for each of the ten (10) infringements alleged in the Complaint, for a total of $7,500.00; (b) an injunction pursuant to Section 502 of the Copyright Act; and (c) costs, pursuant to Section 505 of the Copyright Act, in the amount of $620.00.  See Daniel J. Cloherty Decl. ¶ 7.

Respectfully submitted,

LAFACE RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; ARISTA RECORDS LLC; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; and ATLANTIC RECORDING CORPORATION

By their attorney,

Dated: August 12, 2009       By:  /s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA  02210
Main Phone:  (617) 371-1000
Main Fax:  (617) 371-1037

3

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion and accompanying Memorandum, attachments and proposed orders have been served upon the following non-CM/ECF participant by United States mail, properly addressed and postage prepaid, on this 12th day of August, 2009:

    Alexandra Griffin
    5311 E. 13th Avenue
    Gary, Indiana 46403

    /s/ Daniel J. Cloherty
    Daniel J. Cloherty, BBO #565772
    DWYER & COLLORA, LLP
    600 Atlantic Ave.
    Boston, MA  02210
    Main Phone:  (617) 371-1000
    Main Fax:  (617) 371-1037