# EXHIBIT A

## ALEXANDRA GRIFFIN

**IP Address:** 136.167.245.6 2007-02-17 03:21:20 EST          **CASE ID#** 118622959

**P2P Network:** AresWarez                                     **Total Audio Files:** 213

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | Toni Braxton | I Love Me Some Him | Secrets | 233-892 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| Capitol Records, LLC | D'Angelo | Lady | Brown Sugar | 209-181 |
| UMG Recordings, Inc. | Vince Gill | Tryin' to Get over You | I Still Believe In You | 146-175 |
| Arista Records LLC | Whitney Houston featuring Faith Evans  and Kelly Price | Heartbreak Hotel | My Love is Your Love | 298-453 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| Interscope Records | Sparkle | Be Careful | Sparkle | 253-833 |
| Motown Record Company, L.P. | Erykah Badu | Bag Lady | Mama's Gun | 295-614 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |