UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| MOTOWN RECORD CO., *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>ALFONSO BURGESS<br><br>        Defendant. | Civ. Act. No. 1:08-cv-11118-NG<br>(ORIGINAL DOCKET NUMBER) |

**DECLARATION OF DANIEL J. CLOHERTY IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT ALFONSO BURGESS**

I, DANIEL J. CLOHERTY, declare:

1. I am an attorney at law licensed to practice before the Courts of the Commonwealth of Massachusetts and this United States District Court. I am one of the attorneys for Plaintiffs in the above-captioned matter. Unless otherwise stated, I have personal knowledge

1

of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On July 1, 2008, Plaintiffs filed the Complaint. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint.

3. On July 21, 2009, the Clerk of this Court entered the default of Defendant. Attached hereto as Exhibit 2 is a true and correct copy of the Default By Clerk.

4. Defendant has not appeared in this action.

5. I am informed and believe that Defendant is not an infant or incompetent person.

6. A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

7. Plaintiffs have incurred costs in this case in the amount of $480.00, which includes a statutory filing fee of $350.00, an investigation for service fee of $60.00 and costs of service of $70.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of August, 2009 at Boston, Massachusetts.

/s/ Daniel J. Cloherty
DANIEL J. CLOHERTY