# EXHIBIT A

## ALFONSO BURGESS

**IP Address:** 76.19.127.183 2007-08-19 06:14:20 EDT          **CASE ID#** 139601035

**P2P Network:** AresWarez                                     **Total Audio Files:** 491

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Brian McKnight | Stay | Back At One | 279-471 |
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| SONY BMG MUSIC ENTERTAINMENT | Omarion | Touch | O | 371-123 |
| BMG Music | Christina Aguilera | Beautiful | Stripped | 326-219 |
| Zomba Recording LLC | Justin Timberlake | Senorita | Justified | 319-834 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| UMG Recordings, Inc. | Nelly Furtado | Maneater | Loose | 387-509 |