UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| MOTOWN RECORD CO., *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>ALFONSO BURGESS<br><br>        Defendant. | Civ. Act. No. 1:08-cv-11118-NG<br>(ORIGINAL DOCKET NUMBER) |

## **PROPOSED FORM OF PERMANENT INJUNCTION**

Defendant, Alfonso Burgess ("Defendant"), having failed to plead or otherwise defend this action and its default having been entered, and Defendant having been determined to have infringed upon Plaintiffs' copyrights, and for good cause shown,

Now, upon application of Plaintiffs and declaration in support thereof, it is hereby ORDERED, ADJUDGED, AND DECREED that:

**Article I.** Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Stay," on album "Back At One," by artist "Brian McKnight" (SR# 279-471);
- "One Week," on album "Stunt," by artist "Barenaked Ladies" (SR# 257-724);
- "Rock With You," on album "Off The Wall," by artist "Michael Jackson" (SR# 11-120);
- "It Ends Tonight," on album "Move Along," by artist "The All-American Rejects" (SR# 374-412);
- "Touch," on album "O," by artist "Omarion" (SR# 371-123);
- "Beautiful," on album "Stripped," by artist "Christina Aguilera" (SR# 326-219);
- "Senorita," on album "Justified," by artist "Justin Timberlake" (SR# 319-834);
- "One Mic," on album "Stillmatic," by artist "Nas" (SR# 305-698);
- "G-Unit," on album "Beg For Mercy," by artist "G-Unit" (SR# 337-759);
- "Maneater," on album "Loose," by artist "Nelly Furtado" (SR# 387-509)

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _____        By: _____
                                            Hon. Nancy Gertner
                                            United States District Judge