UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>JOYCE CROWE<br><br>        Defendant. | Civ. Act. No. 03-CV-11677-NG<br>(ORIGINAL DOCKET NUMBER) |

**<u>NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT</u>**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

    1.    Judgment Creditors, SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; and BMG MUSIC and Judgment Debtor, Joyce Crowe stipulated to a

1

2

judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action.  The Court has entered the Stipulated Judgment.

2.       The Stipulated Judgment includes a monetary payment.

3.       Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; and BMG MUSIC

By their attorney,

Dated: August 19, 2009       By:    /s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA  02210
Main Phone:  (617) 371-1000
Main Fax:  (617) 371-1037