UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, <br><br>         Plaintiffs, <br><br> v. <br><br> NOOR ALAUJAN, <br><br>         Defendant. | Civ. Act. No. 03-CV-11661-NG <br> (LEAD DOCKET NUMBER) |
| WARNER BROS., *et al.* <br><br>         Plaintiffs, <br><br> v. <br><br> JANEEN NEMES <br><br>         Defendant. | Civ. Act. No. 1:05-cv-12518-NG <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs WARNER BROS., *et al.*, by and through their attorney, voluntarily dismiss the above-captioned case against Janeen Nemes, Docket Number 1:05-cv-12518-NG, with prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this individual case.

1

        WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.

        By their attorney,

Dated: August 19, 2009    By:  /s/ Daniel J. Cloherty
        Daniel J. Cloherty, BBO #565772
        DWYER & COLLORA, LLP
        600 Atlantic Ave.
        Boston, MA  02210
        Main Phone:  (617) 371-1000
        Main Fax:  (617) 371-1037

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 19th day of August, 2009:

      Janeen Nemes
      491 Chapman St.
      Canton, MA 02021

/s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA 02210
Main Phone: (617) 371-1000
Main Fax: (617) 371-1037