UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,  <br>　　　　　Plaintiffs,  <br>v.  <br>NOOR ALAUJAN,  <br>　　　　　Defendant. | Civ. Act. No. 03-CV-11661-NG  <br>(LEAD DOCKET NUMBER) |
| INTERSCOPE RECORDS, *et al.*  <br>　　　　　Plaintiffs,  <br>v.  <br>KERI INGEMI  <br>　　　　　Defendant. | Civ. Act. No. 08CV11122-NG  <br>(ORIGINAL DOCKET NUMBER) |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs apply for entry of default judgment against Defendant, Keri Ingemi ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Local Rules of this Court. The application is based on this Motion, the attached declaration of counsel, the pleadings and files in this action, and such additional argument and evidence that may be presented at or before any hearing that the Court may order on this Motion. Plaintiffs state as follows:

1

1. On September 30, 2008, the Clerk of this Court entered the default of Defendant. See Ex. 2 to Daniel J. Cloherty Decl.

2. Defendant has not appeared in this action. Daniel J. Cloherty Decl. ¶ 4.

3. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person, or in active military service. Daniel J. Cloherty Decl. ¶ 5-6. See 50 U.S.C. App. § 521.

The judgment sought is: (a) the minimum statutory damages provided by Section 504 of the Copyright Act ($750) for each of the nine (9) infringements alleged in the Complaint, for a total of $6,750.00; (b) an injunction pursuant to Section 502 of the Copyright Act; and (c) costs, pursuant to Section 505 of the Copyright Act, in the amount of $420.00. See Daniel J. Cloherty Decl. ¶ 7.

Respectfully submitted,

INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; BMG MUSIC; and UMG RECORDINGS, INC.

By their attorney,

Dated: August 19, 2009    By:   /s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA 02210
Main Phone: (617) 371-1000
Main Fax: (617) 371-1037

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion and accompanying Memorandum, attachments and proposed orders have been served upon the following non-CM/ECF participant by United States mail, properly addressed and postage prepaid, on this 19th day of August, 2009:

      Kerri Ingemi
      234 Pratt Street B
      Taunton, MA 02780-4979

      /s/ Daniel J. Cloherty
      Daniel J. Cloherty, BBO #565772
      DWYER & COLLORA, LLP
      600 Atlantic Ave.
      Boston, MA  02210
      Main Phone:  (617) 371-1000
      Main Fax:  (617) 371-1037