# EXHIBIT A

## KERI INGEMI

**IP Address:** 76.19.167.121 2007-08-19 21:27:47 EDT        **CASE ID#** 139604198

**P2P Network:** AresWarez                                  **Total Audio Files:** 119

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Interscope Records | Eve | Love Is Blind | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | I'm Glad | This Is Me...Then | 322-106 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| Atlantic Recording Corporation | Sean Paul | Baby Boy | Dutty Rock | 352-634 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Girl | Destiny Fulfilled | 363-786 |
| BMG Music | Christina Aguilera | Fighter | Stripped | 326-219 |
| UMG Recordings, Inc. | The Pussycat Dolls | Stickwitu | PCD | 377-102 |
| UMG Recordings, Inc. | Young Jeezy | Soul Survivor | Let's Get It: Thug Motivation 101 | 375-159 |