# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAPITOL RECORDS, INC. et al** <br> Plaintiff <br><br> V. <br><br> **KERI INGEMI** <br> Defendant | CIVIL ACTION <br><br> NO. 1:03cv-11661-NG |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Capital Records, Inc. et al__ for an order of Default for failure of the Defendant, __Keri Ingemi__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __30th__ day of __September, 2008__.

                                              SARAH A. THORNTON
                                              CLERK OF COURT

                        By: __/s/ JENNIFER GAUDET__
                              Deputy Clerk

(Default Notice.wpd - 3/7/2005)