UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>　　　　　Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| INTERSCOPE RECORDS, *et al.*<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KERI INGEMI<br><br>　　　　　Defendant. | Civ. Act. No. 08CV11122-NG<br>(ORIGINAL DOCKET NUMBER) |

**PROPOSED FORM OF PERMANENT INJUNCTION**

　　Defendant, Keri Ingemi ("Defendant"), having failed to plead or otherwise defend this action and its default having been entered, and Defendant having been determined to have infringed upon Plaintiffs' copyrights, and for good cause shown,

　　Now, upon application of Plaintiffs and declaration in support thereof, it is hereby ORDERED, ADJUDGED, AND DECREED that:

- "Love Is Blind," on album "Let There Be Eve...Ruff Ryder's First Lady," by artist "Eve" (SR# 265-925);

- "Naughty Girl," on album "Dangerously in Love," by artist "Beyonce" (SR# 342-236);

1

- "I'm Glad," on album "This Is Me...Then," by artist "Jennifer Lopez" (SR# 322-106);

- "Survivor," on album "Survivor," by artist "Destiny's Child" (SR# 289-199);

- "Baby Boy," on album "Dutty Rock," by artist "Sean Paul" (SR# 352-634);

- "Girl," on album "Destiny Fulfilled," by artist "Destiny's Child" (SR# 363-786);

- "Fighter," on album "Stripped," by artist "Christina Aguilera" (SR# 326-219);

- "Stickwitu," on album "PCD," by artist "The Pussycat Dolls" (SR# 377-102);

- "Soul Survivor," on album "Let's Get It:  Thug Motivation 101," by artist "Young Jeezy" (SR# 375-159)

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded

recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _____   By: _____
                                                            Hon. Nancy Gertner
                                                            United States District Judge