UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NOOR ALAUJAN, )<br>)<br>Defendant. )<br>) | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| INTERSCOPE RECORDS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KERI INGEMI )<br>)<br>Defendant. )<br>) | Civ. Act. No. 08CV11122-NG<br>(ORIGINAL DOCKET NUMBER) |

**PROPOSED FORM OF DEFAULT JUDGMENT**

Defendant, Keri Ingemi ("Defendant"), having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits demonstrating that Defendant owes Plaintiffs the sum of $6,750.00, that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of $420.00.

It is hereby ORDERED, ADJUDGED, AND DECREED that plaintiffs recover from defendant Keri Ingemi the principal amount of $6,750.00 with costs in the amount of $420.00

2

and prejudgment interest at the rate of ___% from _____ to _____ for a total judgment of $_____ with interest as provided by law.

                                                          By the Court,

DATED:  _____          _____
                                                          Deputy Clerk

**NOTE:  The post judgment interest rate effective this date is _____%**