UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOOR ALAUJAN, <br><br> Defendant. | Civ. Act. No. 03-CV-11661-NG <br> (LEAD DOCKET NUMBER) |
| ATLANTIC RECORDING CORP., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MELISSA L. DESISTO <br><br> Defendant. | Civ. Act. No. 1:05-cv-12520-NG <br> (ORIGINAL DOCKET NUMBER) |

## [PROPOSED] FORM OF PERMANENT INJUNCTION

Defendant, Melissa L. DeSisto ("Defendant"), having failed to plead or otherwise defend this action and its default having been entered, and Defendant having been determined to have infringed upon Plaintiffs' copyrights, and for good cause shown,

Now, upon application of Plaintiffs and declaration in support thereof, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

    1] "Magdalena," on album "Mer De Noms," by artist "A Perfect Circle" (SR# 281-642);

- "Best I Ever Had (Grey Sky Morning)," on album "Everything You Want," by artist "Vertical Horizon" (SR# 277-868);
- "Second Hand News," on album "Rumours," by artist "Fleetwood Mac" (SR# N39857);
- "Painter Song," on album "Come Away With Me," by artist "Norah Jones" (SR# 320-120);
- "Nice to Know You," on album "Morning View," by artist "Incubus" (SR# 306-181);
- "Don't Think Of Me," on album "No Angel," by artist "Dido" (SR# 289-904);
- "How's It Going to Be," on album "Third Eye Blind," by artist "Third Eye Blind" (SR# 188-673);
- "Hands," on album "Spirit," by artist "Jewel" (SR# 261-953);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 7/31/05

By: _____
Hon. Nancy Gertner
United States District Judge