UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>    Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>TAHIRIH LAFOREST<br><br>    Defendant. | Civ. Act. No. 1:08-cv-11123-NG<br>(ORIGINAL DOCKET NUMBER) |

## ~~FORM OF~~ DEFAULT JUDGMENT

Defendant, Tahirih LaForest ("Defendant"), having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits demonstrating that defendant owes plaintiffs the sum of $7.500.00, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $420.00.

It is hereby ORDERED, ADJUDGED, AND DECREED that plaintiffs recover from defendant Tahirih LaForest the principal amount of $7,500.00 with costs in the amount of $420.00 ~~and prejudgment interest at the rate of ____% from ____ to ____ for a total judgment of~~ $ 7,920.00 with interest as provided by law.

By the Court,

Dated: 1/31/0_

_____
Deputy Clerk

NOTE: The post judgment interest rate effective this date is  0.44 % per annum