UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>  Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT, *et al.*<br><br>  Plaintiffs,<br><br>v.<br><br>TAHIRIH LAFOREST<br><br>  Defendant. | Civ. Act. No. 1:08-cv-11123-NG<br>(ORIGINAL DOCKET NUMBER) |

[PROPOSED] ~~FORM OF~~ **PERMANENT INJUNCTION**

Defendant, Tahirih LaForest ("Defendant"), having failed to plead or otherwise defend in this action and its default having been entered, and Defendant having been determined to have infringed upon Plaintiffs' copyrights, and for good cause shown,

Now, upon application of Plaintiffs and declaration in support thereof, it is hereby ORDERED, ADJUDGED, AND DECREED that:

BOST1-958451-1

Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Bud Smokers Only," on album "E.1999 Eternal," by artist "Bone Thugs-N-Harmony" (SR# 225-335);
- "Soul Survivor," on album "Let's Get It: Thug Motivation 101," by artist "Young Jeezy" (SR# 375-159);
- "Say It Right," on album "Loose," by artist "Nelly Furtado" (SR# 387-509);
- "Almost," on album "A Hangover You Don't Deserve," by artist "Bowling for Soup" (SR# 361-081);
- "Y Que Me Importa," on album "De Nuevo A Tu Lado," by artist "Conjunto Primavera" (SR# 228-140);
- "Bailamos," on album "Wild Wild West Soundtrack," by artist "Enrique Iglesias" (SR# 265-773);
- "Angel," on album "Angel (single)," by artist "Shaggy" (SR# 299-251);
- "Necesito Decirte," on album "Necesito Decirte," by artist "Conjunto Primavera" (SR# 259-601);
- "One," on album "Achtung Baby," by artist "U2" (SR# 139-599);
- "Nice and Slow," on album "My Way," by artist "Usher" (SR# 257-730);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has

downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 7/31/09         By: _____
                           Hon. Nancy Gertner
                           United States District Judge