

# HARVARD LAW SCHOOL

CAMBRIDGE · MASSACHUSETTS · 02138

*Charles R. Nesson*
*Weld Professor of Law*
*Faculty Co-Director, Berkman Center for Internet and Society*

*phone: 617-495-835*
*fax: 617-495-4299*
*nesson@law.harvard.edu*

August 13, 2009

The Honorable Nancy Gertner
United States District Court
One Courthouse Way
Suite 4130
Boston MA 02210

Dear Judge Gertner,

You requested a letter telling you of my intention with respect to three digital recordings I have made, (1) audio recording of Joel Tenenbaum's first deposition; (2) audio recording of a portion of a telephone conference with you, opposing counsel and my students in which the issue of recording our conference was discussed and resolved for purposes of the remainder of the conference; and (3) audiovisual recording of a portion of the deposition of Johan Pouwelse.

With respect to each I intend to use them for teaching the lessons to be learned from the litigation of the case of RIAA v. Tenenbaum, both at Harvard Law School and on the Internet in the Court of Public Opinion. I have now a virtual classroom in that rhetorical court putting on the table the question whether this RIAA law is crazy or whether the verdict and punishment of Joel was a failure of defense.[1] The email list of cyberprofs led by Howard Knopf critiques my defense and asks for teachable moments.[2] I have posed the question back, "On what issue might I have prevailed had I offered what you imagine to be a good defense?" I am intending this to mature into the first of many teachable moments, but that still remains.

Both Joel's deposition and the portion of the conference call with you are posted to the net and will remain so; the audiovisual deposition of Johan Pouwelse has not been posted to the open net and will not be, at least for a reasonable time allowing Mr. Reynolds to litigate his issue.

Yours sincerely,

*[signature]*

Charles Nesson

Cc: Tim Reynolds

---

[1] http://www.nytimes.com/2009/08/11/us/11download.html
[2] <http://excesscopyright.blogspot.com/2009/08/tenenbaum-case-court-room-is-not-class.html>