UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civ. Act. No. 04-CV-12434-NG |
| ) | (LEAD DOCKET NUMBER) |
| v. ) | |
| ) | |
| DOES 1-4, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| WARNER BROS., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LUCJAN ZABOROWSKI ) | Civ. Act. No. 06-10795-NG |
| ) | (ORIGINAL DOCKET NUMBER) |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs WARNER BROS., *et al.*, by and through their attorney, voluntarily dismiss the above-captioned case against Lucjan Zoborowski, Docket Number 06-10795-NG, without prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this individual case.

1

WARNER BROS. RECORDS INC.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and ARISTA RECORDS
LLC


By their attorney,


Dated: August 19, 2009          By:   /s/ Daniel J. Cloherty
                                      Daniel J. Cloherty, BBO #565772
                                      DWYER & COLLORA, LLP
                                      600 Atlantic Ave.
                                      Boston, MA  02210
                                      Main Phone:  (617) 371-1000
                                      Main Fax:  (617) 371-1037

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 19th day of August, 2009:

Lucjan Zaborowski
518 Park Drive
Box 6108
Boston, MA 02215

/s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA  02210
Main Phone:  (617) 371-1000
Main Fax:  (617) 371-1037