UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| ATLANTIC RECORDING CORP., *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>DAVID E. LOPES<br><br>        Defendant. | Civ. Act. No. 1:08-cv-11125-NG<br>(ORIGINAL DOCKET NUMBER) |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT<br>AGAINST DEFENDANT DAVID E. LOPES**

Plaintiffs apply for entry of default judgment against Defendant, David E. Lopes ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure, and the Local Rules of this Court. The application is based on this Motion, the attached declaration of counsel, the pleadings and files in this action, and such additional argument and evidence that may be presented at or before any hearing that the Court may order on this Motion. Plaintiffs state as follows:

    1.    On September 30, 2008, the Clerk of this Court entered the default of Defendant. See Ex. 2 to Daniel J. Cloherty Decl.

    2.    Defendant has not appeared in this action. Daniel J. Cloherty Decl. ¶ 4.

1

      3.      Plaintiffs are informed and believe that Defendant is not an infant or incompetent person, or in active military service.  Daniel J. Cloherty Decl. ¶ 5-6.  See 50 U.S.C. App. § 521.

The judgment sought is: (a) the minimum statutory damages provided by Section 504 of the Copyright Act ($750) for each of the nine (9) infringements alleged in the Complaint, for a total of $6,750.00; (b) an injunction pursuant to Section 502 of the Copyright Act; and (c) costs, pursuant to Section 505 of the Copyright Act, in the amount of $420.00.  See Daniel J. Cloherty Decl. ¶ 7.

    Respectfully submitted,

    ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and BMG MUSIC

    By their attorney,

Dated: August 20, 2009    By:    /s/ Daniel J. Cloherty
    Daniel J. Cloherty, BBO #565772
    DWYER & COLLORA, LLP
    600 Atlantic Ave.
    Boston, MA  02210
    Main Phone:  (617) 371-1000
    Main Fax:  (617) 371-1037

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and accompanying Memorandum, attachments and proposed orders have been served upon the following non-CM/ECF participant by United States mail, properly addressed and postage prepaid, on this 20th day of August, 2009:

>David E. Lopes
>95 Ardsley Circle 991
>Brockton, MA 02302

>/s/ Daniel J. Cloherty
>Daniel J. Cloherty, BBO #565772
>DWYER & COLLORA, LLP
>600 Atlantic Ave.
>Boston, MA  02210
>Main Phone:  (617) 371-1000
>Main Fax:  (617) 371-1037