UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| CAPITOL RECORDS, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>RYAN LINDSEY<br><br>        Defendant. | Civ. Act. No. 1:08-cv-11124-NG<br>(ORIGINAL DOCKET NUMBER) |

### PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT RYAN LINDSEY

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby request that the Clerk enter default in this matter against Defendant. In support of this request, Plaintiffs state as follows:

        1.    Plaintiffs CAPITOL RECORDS, LLC; WARNER BROS. RECORDS INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; LAFACE RECORDS LLC; and VIRGIN RECORDS AMERICA, INC. served the Summons and Complaint on Defendant, Ryan Lindsey

("Defendant") on October 30, 2008, by personal service, as evidenced by the proof of service on file with this Court.  Declaration of Daniel J. Cloherty ¶ 2.

2. Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Id. ¶ 5.

3. Neither Plaintiffs nor the Court have granted Defendant any extensions of time beyond the current date to respond to the Complaint.  Id. ¶ 4.

4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service.  Id. ¶¶ 6-7.

> CAPITOL RECORDS, LLC; WARNER BROS. RECORDS INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; LAFACE RECORDS LLC; and VIRGIN RECORDS AMERICA, INC.
>
> By their attorney,

Dated: August 21, 2009     By:  /s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA  02210
Main Phone:  (617) 371-1000
Main Fax:  (617) 371-1037

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request accompanying attachment and proposed order have been served upon the following non-CM/ECF participant by United States mail, properly addressed and postage prepaid, on this 21st day of August, 2009:

Ryan Lindsey
152 Elm Ave.
Hackensack, NJ 07601

/s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA  02210
Main Phone:  (617) 371-1000
Main Fax:  (617) 371-1037