UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| WARNER BROS., *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>HEATHER A. MILTON<br><br>        Defendant. | Civ. Act. No. 1:06-CV-10483-NG<br>(ORIGINAL DOCKET NUMBER) |

**<u>NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT</u>**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1.    Judgment Creditors, WARNER BROS. RECORDS INC.; CAPITOL RECORDS, LLC; and UMG RECORDINGS, INC. and Judgment Debtor, Heather A. Milton stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

2. The Stipulated Judgment includes a monetary payment.

3. Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

                WARNER BROS. RECORDS INC.; CAPITOL RECORDS, LLC; and UMG RECORDINGS, INC.

                By their attorney,

Dated: August 21, 2009       By: /s/ Daniel J. Cloherty
                                        Daniel J. Cloherty, BBO #565772
                                        DWYER & COLLORA, LLP
                                        600 Atlantic Ave.
                                        Boston, MA  02210
                                        Main Phone: (617) 371-1000
                                        Main Fax: (617) 371-1037

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice has been served upon the following non-CM/ECF participant by United States mail, properly addressed and postage prepaid, on this 21st day of August, 2009:

    Heather A. Milton
    1954 Eastern Road
    Warren, ME 04864

    /s/ Daniel J. Cloherty
    Daniel J. Cloherty, BBO #565772
    DWYER & COLLORA, LLP
    600 Atlantic Ave.
    Boston, MA  02210
    Main Phone:  (617) 371-1000
    Main Fax:  (617) 371-1037