UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| CAPITOL RECORDS, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>JESSICA WILLIAMSON<br><br>        Defendant. | Civ. Act. No. 1:06-cv-10797<br>(ORIGINAL DOCKET NUMBER) |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1. Judgment Creditors, CAPITOL RECORDS, LLC; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; BMG MUSIC; UMG RECORDINGS, INC.; and ARISTA RECORDS LLC and Judgment Debtor, Jessica Williamson stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

2. The Stipulated Judgment includes a monetary payment.

3. Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

                                        CAPITOL RECORDS, LLC; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; BMG MUSIC; UMG RECORDINGS, INC.; and ARISTA RECORDS LLC

By their attorney,

Dated: August 21, 2009         By:    /s/ Daniel J. Cloherty
                                                        Daniel J. Cloherty, BBO #565772
                                                        DWYER & COLLORA, LLP
                                                        600 Atlantic Ave.
                                                        Boston, MA  02210
                                                        Main Phone:  (617) 371-1000
                                                        Main Fax:  (617) 371-1037

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice has been served upon the following non-CM/ECF participant by United States mail, properly addressed and postage prepaid, on this 21st day of August, 2009:

   Jessica Williamson
   5 Huntington Ave
   Brockton, MA 02301

   /s/ Daniel J. Cloherty
   Daniel J. Cloherty, BBO #565772
   DWYER & COLLORA, LLP
   600 Atlantic Ave.
   Boston, MA  02210
   Main Phone:  (617) 371-1000
   Main Fax:  (617) 371-1037