UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>GURI JANE ANDERSSKOG<br><br>        Defendant. | Civ. Act. No. 06 CA 10482 NG<br>(ORIGINAL DOCKET NUMBER) |

**<u>NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT</u>**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1.     Judgment Creditors, SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; LOUD RECORDS LLC; CAPITOL RECORDS, LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; and ARISTA RECORDS LLC and Judgment Debtor, Guri Jane Anderssskog stipulated to a judgment

("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action.  The Court has entered the Stipulated Judgment.

    2.    The Stipulated Judgment includes a monetary payment.

    3.    Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; LOUD RECORDS LLC; CAPITOL RECORDS, LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; and ARISTA RECORDS LLC

By their attorney,

Dated: August 21, 2009    By:  /s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA  02210
Main Phone:  (617) 371-1000
Main Fax:  (617) 371-1037

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice has been served upon the following non-CM/ECF participant by United States mail, properly addressed and postage prepaid, on this 21st day of August, 2009:

    Guri Jane Andersskog
    126 Pittman Street
    New Bedford, MA 02746

    /s/ Daniel J. Cloherty
    Daniel J. Cloherty, BBO #565772
    DWYER & COLLORA, LLP
    600 Atlantic Ave.
    Boston, MA  02210
    Main Phone:  (617) 371-1000
    Main Fax:  (617) 371-1037