UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>   Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| CAPITOL RECORDS, *et al.*<br><br>   Plaintiffs,<br><br>v.<br><br>COLLEEN AZEVEDO<br><br>   Defendant. | Civ. Act. No. 07-10344-NG<br>(ORIGINAL DOCKET NUMBER) |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

 1. Judgment Creditors, CAPITOL RECORDS, LLC; UMG RECORDINGS, INC.; MAVERICK RECORDING COMPANY; and BMG MUSIC obtained a judgment against Judgment Debtor, Colleen Azevedo.

 2. The Judgment includes a monetary payment.

2

3. Judgment Debtor has fully satisfied the monetary portion of the Judgment.

          CAPITOL RECORDS, LLC; UMG
          RECORDINGS, INC.; MAVERICK
          RECORDING COMPANY; and BMG MUSIC

          By their attorney,

Dated: August 21, 2009        By:  /s/ Daniel J. Cloherty
                                     Daniel J. Cloherty, BBO #565772
                                     DWYER & COLLORA, LLP
                                     600 Atlantic Ave.
                                     Boston, MA  02210
                                     Main Phone:  (617) 371-1000
                                     Main Fax:  (617) 371-1037

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice has been served upon the following non-CM/ECF participant by United States mail, properly addressed and postage prepaid, on this 21st day of August, 2009:

Colleen Azevedo
321 Arnold Street
New Bedford, MA 02740-3526

/s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO #565772
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA  02210
Main Phone:  (617) 371-1000
Main Fax:  (617) 371-1037