IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Sony
_____
Plaintiff(s)

vs.

Tenenbaum
_____
Defendant(s)

Civil No. 03-11661

Criminal No. _____

## NOTE FROM THE JURY

YOUR HONOR,

What is the definition of willful ? in terms of this case?

A: The instructions will be provided to you in writing

DATED at Boston, Massachusetts on 7-31-09

TIME: 2:34 pm

Kimberly J Chandler
Signature of Foreperson

Q #2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

__Sony_____.  )  Civil No. _03-11661_
        Plaintiff(s)  )
            vs.  )  Criminal No. _____
__Tenenbaum_____.  )
        Defendant(s)  )

## NOTE FROM THE JURY

YOUR HONOR,

Can we have a copy of the court transcript - all or Joel's testimony.

A. Transcripts are not available.

Also can we have the verdict sheet.

A: It is enclosed

DATED at Boston, Massachusetts on _7-31-09_

TIME: _2:47 pm_

_Kimberly J Chandler_
Signature of Foreperson

Note 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Sony
_____  )   Civil No. 03-11661
           Plaintiff(s)      )
                             )   Criminal No. _____
         vs.                 )
                             )
Tenenbaum                    )
_____   )
          Defendant(s)       )
                             )
                             )

## NOTE FROM THE JURY

YOUR HONOR,

We hope to be done by 5:30
If not we will come back Monday

DATED at Boston, Massachusetts   on 7·31·09

TIME: 4:26pm

Kimberly J Chavch
Signature of Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Sony BMG Music Entertainment,  )   Civil No. 03-11661
                 Plaintiff(s)  )
                             )   Criminal No. _____
        vs.  )
                             )
Joel Tenenbaum,  )
                 Defendant(s)  )

## NOTE FROM THE JURY

YOUR HONOR,

We have reached a verdict we are filling out the paperwork.

DATED at Boston, Massachusetts on 7-31-09

TIME: 5:07 pm

_____
Signature of Foreperson