# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., )<br>              Plaintiffs, )<br>)<br>v.                             )<br>)<br>NOOR ALAUJAN, )<br>              Defendant. ) | Civ. Act. No. 03-cv-11661-NG<br>(LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT, )<br>et al.,      Plaintiffs, )<br>)<br>v.                             )<br>)<br>JOEL TENENBAUM, )<br>              Defendant. ) | Civ. Act. No. 07-cv-11446-NG<br>(ORIGINAL DOCKET NUMBER) |

**[PROPOSED] JUDGMENT**

IT IS HEREBY ORDERED AND ADJUDGED THAT:

      Judgment is entered in favor of Plaintiffs and against Defendant as follows: Sony BMG Music Entertainment - $112,500 for the 5 sound recordings; Warner Bros. Records, Inc. - $225,000 for the 10 sound recordings, Arista Records LLC - $45,000 for the 2 sound recordings, UMG Recordings, Inc. - $292,500 for the 13 sound recordings.

      Furthermore, Defendant shall be, and hereby is, enjoined from directly or indirectly infringing, or acting in concert with others in the infringement of, Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any

1

2

sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, or to promote or advertise using the Internet or any online media distribution system to infringe copyrights, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED this ____ day of _____ 2009.

_____
Hon. Nancy Gertner
United States District Judge

#1424679 v1 den