August 31, 2009

United States District Court
1 Courthouse way
Boston MA 02210



RE: Docket # 1:08-cv-11124-NG

To whom it may concern,

I disagree and dispute the charges made in this complaint. I was unaware that there was any illegal activity occurring on my personal computer at any time. Please contact me with any issues at the phone number and address below. You may also speak with my mother Ingrid Coutinho.

Thank you,

*Ryan Lindsey*
Ryan Lindsey
152 Elm Ave.,
Hackensack, NJ 07601
201-906-7780

CC: Daniel J. Cloherty, BBO #565772
Dwyer & Collora, LLP
600 Atlantic Ave.,
Boston, MA 02210
617-371-1000
617-371-1037 (fax)