UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOEL TENENBAUM<br><br>Defendant. | Civ. Act. No.  1:07-cv-11446-NG<br>(ORIGINAL DOCKET NUMBER) |

**MOTION FOR EXTENSION OF TIME FOR FILING OPPOSITION TO PLAINTIFFS' REQUEST FOR INJUNCTION**

Defendant Joel Tenenbaum requests an extension of time in which to respond to the Plaintiffs' motion for injunction until ten days after the entry of judgment. Counsel for the Plaintiffs have refused to agree with this request.

Reasons for the extension are:

1. Defendant is in the process of preparing a motions for remittitur and new trial which will be due ten days after the entry of judgment, which motions bear on the propriety and wisdom of issuing the requested injunction;

2. Counsel for the Defendant is leaving tonight for a long-planned two-week family trip to Europe to visit in-laws.

>Respectfully submitted,
>ATTORNEY FOR DEFENDANT
>
>
>*/s/ Charles R. Nesson*
>Charles R. Nesson
>1575 Massachusetts Avenue
>Cambridge, MA  02138
>Email:nesson@law.harvard.edu
>Telephone:  (617) 495-4609

**CERTIFICATE OF SERVICE**

I, Charles Nesson, hereby certify that on September 11, 2009, a true copy of the above document will be served electronically on counsel for Plaintiffs.

>*/s/ Charles R. Nesson*
>Charles R. Nesson
>1575 Massachusetts Avenue
>Cambridge, MA  02138
>E-mail: nesson@law.harvard.edu
>Telephone:  (617) 495-4609