UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOOR ALAUJAN, <br><br> Defendant. | Civ. Act. No. 03-CV-11661-NG <br> (LEAD DOCKET NUMBER) |
| SONY BMG MUSIC ENTERTAINMENT, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL FITZGERALD <br><br> Defendant. | Civ. Act. No. 1:08-cv-11119-NG <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC ENTERTAINMENT, *et al.*, by and through their attorney, voluntarily dismiss the case against Michael Fitzgerald without prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close *Sony BMG Music Entertainment, et. al. v. Michael Fitzgerald*, Civ. Act. No. 1:08-cv-11119-NG.

1

        SONY BMG MUSIC ENTERTAINMENT;
        UMG RECORDINGS, INC.; BMG MUSIC;
        and ELEKTRA ENTERTAINMENT GROUP
        INC.

        By their attorney,

Dated: September 23, 2009        By:  /s/ Daniel J. Cloherty
        Daniel J. Cloherty, BBO #565772
        DWYER & COLLORA, LLP
        600 Atlantic Ave.
        Boston, MA  02210
        Main Phone:  (617) 371-1000
        Main Fax:  (617) 371-1037

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 23rd day of September, 2009:

    Michael Fitzgerald
    11 Pineridge Rd.
    Wilmington, MA 01887

    /s/ Daniel J. Cloherty