UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> NOOR ALAUJAN, ) <br>     **Defendant.** ) | **Civil Action No. 03cv11661-NG** <br> **(LEAD DOCKET NO.)** |
| ATLANTIC RECORDING CORP., et al., ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> DAVID E. LOPES, ) <br>     **Defendant.** ) | **Civil Action No. 08cv11125-NG** <br> **(ORIGINAL DOCKET NO.)** |

GERTNER, D.J.:

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**
September 24, 2009

Defendant, David E. Lopes ("Defendant"), having failed to plead or otherwise defend in this action and default having been entered, now, upon application of Plaintiffs and declaration in support thereof, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant shall pay statutory damages to Plaintiffs for infringement of Plaintiffs' copyrights, in the total principal sum of Six Thousand Seven Hundred Fifty ($6,750.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "In the Air Tonight," on album "Face Value," by artist "Phil Collins" (SR# 24-682);
- "Race Against Time," on album "Venni Vetti Vecci," by artist "Ja Rule" (SR# 174-722);
- "Smooth Criminal," on album "Bad," by artist "Michael Jackson" (SR# 84-256);
- "I Gave You Power," on album "It Was Written," by artist "Nas" (SR# 220-016);
- "Open Mic," on album "Stillmatic," by artist "Nas" (SR# 305-698);
- "Holding You," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402);
- "Trans DF Express," on album "Trans DF Express," by artist "Dungeon Family" (SR# 303-579);
- "I Wanna Go There," on album "I Wanna Go There," by artist "Tyrese" (SR# 322-486);
- "Angel," on album "Hot Shot Ultramix," by artist "Shaggy" (SR# 306-657)

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has

downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**SO ORDERED.**
**Date: September 24, 2009**

NANCY GERTNER, U.S.D.C.