UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., )<br>    Plaintiffs, )<br>)<br>v. ) Civil Action No. 03cv11661-NG<br>) (LEAD DOCKET NO.)<br>NOOR ALAUJAN, )<br>    Defendant. ) | |

| | |
|---|---|
| LAFACE RECORDS LLC, et al., )<br>    Plaintiffs, )<br>)<br>v. ) Civil Action No. 08cv11120-NG<br>) (ORIGINAL DOCKET NO.)<br>ALEXANDRA GRIFFIN, )<br>    Defendant. ) | |

GERTNER, D.J.:

### DEFAULT JUDGMENT AND PERMANENT INJUNCTION
September 24, 2009

Defendant, Alexandra Griffin ("Defendant"), having failed to plead or otherwise defend in this action and default having been entered, now, upon application of Plaintiffs and declaration in support thereof, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant shall pay statutory damages to Plaintiffs for infringement of Plaintiffs' copyrights, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Six Hundred Twenty Dollars ($620.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "I Love Me Some Him," on album "Secrets," by artist "Toni Braxton" (SR# 233-892);
- "Weak," on album, "It's About Time," by artist "SWV" (SR# 146-905);
- "My First Love," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "Lady," on album "Brown Sugar," by artist "D'Angelo" (SR# 209-181);
- "Tryin' to Get Over You," on album "I Still Believe in You," by artist "Vince Gill" (SR# 146-175);
- "Heartbreak Hotel," on album "My Love is Your Love," by artist "Whitney Houston featuring Faith Evans and Kelly Price" (SR# 298-453);
- "Next Lifetime," on album "Baduizm," by artist "Erykah Badu" (SR# 233-364);
- "Be Careful," on ablum "Sparkle," by artist "Sparkle" (SR# 253-833);
- "Bag Lady," on album "Mama's Gun," by artist "Erykah Badu" (SR# 295-614);
- "Le Freak," on album "C'est Chic," by artist "Chic" (SR# 4-546)

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has

downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**SO ORDERED.**
**Date: September 24, 2009**

_____
NANCY GERTNER, U.S.D.C.