UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>NOOR ALAUJAN,<br><br>        Defendant. | Civ. Act. No. 03-CV-11661-NG<br>(LEAD DOCKET NUMBER) |
| WARNER BROS., *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>TAHIRIH LAFOREST<br><br>        Defendant. | Civ. Act. No. 1:08-cv-11123-NG<br>(ORIGINAL DOCKET NUMBER) |

**<u>NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT</u>**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1.     Judgment Creditors, WARNER BROS. RECORDS INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; ARISTA RECORDS LLC; and UMG RECORDINGS, INC. obtained a Default Judgment against Judgment Debtor, Tahirih Laforest.

1

2. The Default Judgment includes a monetary payment.

3. Judgment Debtor has fully satisfied the monetary portion of the Default Judgment.

        WARNER BROS. RECORDS INC.;
        INTERSCOPE RECORDS; SONY BMG
        MUSIC ENTERTAINMENT; LAFACE
        RECORDS LLC; ARISTA RECORDS LLC;
        and UMG RECORDINGS, INC.

        By their attorneys,

Dated: November 7, 2011      By:  /s/ Victoria L. Steinberg
        Daniel J. Cloherty, BBO #565772
        Victoria L. Steinberg, BBO #666482
        COLLORA LLP
        600 Atlantic Ave.
        Boston, MA  02210
        Main Phone:  (617) 371-1000
        Main Fax:  (617) 371-1037

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF SETTLEMENT** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this _7th__ day of November, 2011:

>Tahirih LaForest
>56 Oakland St.
>Medford, MA 02155

>/s/ Victoria L. Steinberg
>Victoria L. Steinberg, BBO #666482
>COLLORA LLP
>600 Atlantic Ave.
>Boston, MA  02210
>Main Phone:  (617) 371-1000
>Main Fax:  (617) 371-1037

2